924

No. 78–5903. HAMPTON v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 78–5906. WARDEN v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 78–5908. SMITH v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 78–5909. EVERS v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 78–5910. CARTERA v. MUNCY ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–5912. REUSCHEL v. HOGAN, CORRECTIONS COMMISSIONER, ET AL. C. A. 2d Cir. Certiorari denied.

No. 78–5915. LUDWIN, TRUSTEE v. CAMBRIDGE MUTUAL FIRE INSURANCE CO. ET AL. C. A. 1st Cir. Certiorari denied.

No. 78–5925. WHEELER v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 78–5926. WATSON v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 78–5929. LORENTZEN v. BOSTON COLLEGE. C. A. 1st Cir. Certiorari denied.

No. 78–5931. HAGANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–5933. MATHEWS v. PENLEY ET AL. Sup. Ct. Ga. Certiorari denied.

No. 78–5939. RODRIGUEZ v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.